UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC BUXTON,

  Plaintiff,

-vs-                                            CASE NO.: 8:17-CV-03034-JDW-JSS

ALLIED INTERSTATE, LLC,

  Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, ERIC BUXTON, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, ERIC BUXTON, and Defendant, ALLIED INTERSTATE, LLC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                          */s/ Shaughn C. Hill*
                                                          SHAUGHN C. HILL, ESQUIRE
                                                          Florida Bar No. 0105997
                                                          MORGAN & MORGAN, TAMPA, P.A.
                                                          One Tampa City Center
                                                          201 N. Franklin Street, Suite 700
                                                          Tampa, FL 33602
                                                          Telephone: (813) 223-5505
                                                          Facsimile: (813) 559-4845
                                                          Primary Email: Shill@forthepeople.com
                                                          Secondary: JSherwood@forthepeople.com
                                                          LCrouch@ForThePeople.com
                                                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of February, 2018, the foregoing document was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system; and, a copy of which was served via electronic mail to all parties requesting notification of such filings, and of record.

*/s/ Shaughn C. Hill*
Shaughn C. Hill, Esquire
Florida Bar #: 0105998
*Attorney for Plaintiff*